July 25, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

SCOTTY MORING, Appellant

NO. 14-16-00898-CV                          V.

INSPECTORATE AMERICA CORPORATION, Appellee

_____

This cause, an appeal from the judgment signed October 21, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. For good cause, we order appellant Scotty Moring to pay all costs incurred in this appeal. We further order this decision certified below for observance.